UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTOR QUILES,

          Plaintiff,

   v.

WESTROCK SERVICES, LLC,

          Defendant.

Case No. 23-cv-02817-VKD

**ORDER TO SHOW CAUSE RE DISMISSAL**

Re: Dkt. No. 14

On September 21, 2023, the parties filed a joint status report advising the Court that they are in the process of executing a settlement agreement in this matter and anticipate filing a dismissal within 30 days. Dkt. No. 14.

On or before **October 23, 2023**, the parties shall file notice or stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **October 31, 2023** at 10:00 a.m. and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 23, 2023** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

//

//

//

**IT IS SO ORDERED.**

Dated: September 22, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge